IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALANA TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-0182 |
| | ) | Judge Knowles |
| v. | ) | |
| | ) | |
| TENNESSEE STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's Motion for Partial Dismissal. Docket No. 6. Defendant has contemporaneously filed a supporting Memorandum of Law. Docket No. 7. Defendant argues that it is an entity of the State of Tennessee and therefore protected by Eleventh Amendment immunity against Plaintiff's claims under the Tennessee Human Rights Act and 42 U.S.C. § 1981. Docket Nos. 6, 7.

Plaintiff has filed a Response, conceding that Defendant's assertions of immunity are correct. Docket No. 9. Plaintiff explicitly concedes to the dismissal of her state claims under the Tennessee Human Rights Act and 42 U.S.C. § 1981.

Accordingly, because Plaintiff concedes to the dismissal of her state claims under the Tennessee Human Rights Act and 42 U.S.C. § 1981, Defendant's Motion for Partial Dismissal with respect to those claims is GRANTED, and those claims are DISMISSED WITHOUT PREJUDICE.

1

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge