# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| ALANA TURNER | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | Case No. 3:10-0182 |
| v. | ) ) ) | JUDGE KNOWLES |
| | ) | Jury Demand |
| TENNESSEE STATE UNIVERSITY, | ) ) | |
| Defendant. | ) | |

## AGREED ORDER OF VOLUNTARY DISMISSAL BY PLAINTIFF

In accord with Federal Rule of Civil Procedure 41(a)(1), and as evidenced by the parties' agreement dated the 28th day of October, 2010, it appears to the satisfaction of the Court that this case shall be voluntarily dismissed by the Plaintiff. The parties agree as evidenced by their signatures below.

It is so ordered this _____ day of _____, 2010.

_____
United States Judge

Respectfully Submitted,

s/ Nanette J. Gould
Nanette J. Gould, BPR #026330
Attorney for the Plaintiff
2021 Richard Jones Rd., Ste. 350
Nashville, TN 37215
(615) 383-3332
ngould@attorneyngould.com

---

**ORDER**

The Court considers the instrument proposed Agreed Order as "a stipulation of dismissal" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to close this case.

E. Clifton Knowles
U.S. M.J.